FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 AUG 30 PM 1: 56

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:96CR149 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DECREE OF FORFEITURE |
| | ) | |
| APOLONIO MORENO, | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 30th day of August, 2006, this matter comes on before the Court upon the joint, oral motion of the parties. The Plaintiff is represented by Nancy A. Svoboda, Assistant United States Attorney; the Claimant, Guadalupe Moreno Dorado, is represented by K. C. Engdahl, Attorney at Law.

Counsel have informed the Court of the following: This lawsuit involves real property located at 3923 S Street, Omaha, Nebraska. By Memorandum and Order dated June 3, 2005 (Filing No. 353), the Court placed joint title to this property in the United States and Mrs. Moreno. Counsel represent to the Court the parties have been able to achieve an amicable resolution of this joint title situation, short of a partition action. In fact, counsel represent to the Court that, on today's date, the United States tendered a Marshal's Deed to Mrs. Moreno's representatives, transferring the United States' interest in the property, in return for $46,000.00 which the United States received, also this morning. Consequently, the United States no longer has an ownership interest, nor any interest at all, in the subject property. Additionally, counsel inform the Court the parties agree the $46,000.00 the United States received in return for its interest in the subject property should be forfeited to the United States.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The United States has tendered a Marshal's Deed to Mrs. Moreno's representatives, transferring the United States' interest in 3923 S Street, Omaha, Nebraska, in return for $46,000.00.

B. The United States no longer has an interest in the S Street property.

C. All right, title and interest in and to the $46,000.00 received by the United States under the terms mentioned herein, held by any person or entity, is hereby forever barred and foreclosed.

D. Said $46,000.00 shall be, and the same hereby is, forfeited to the United States of America.

E. Said $46,000.00 shall be disposed of by the United States Marshal for the District of Nebraska in accordance with law.

**BY THE COURT:**

*[signed] Joseph F. Bataillon  8/30/06*

**JOSEPH F. BATAILLON**
**Chief, United States District Judge**